# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133589 & (80)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JODI K. MORGAN,
  Plaintiff/Counter-Defendant-
  Appellant/Cross-Appellee,

v

               SC: 133589
               COA: 261236
               Oakland CC: 02-668349-DC

ROBERT L. HIGGINSON,
  Defendant/Counter-Plaintiff-
  Appellee/Cross-Appellant.

_____/

   On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

                 Clerk